FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-21-00133-CV

**IN THE INTEREST OF I.P.S., E.E.S., CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01363
Honorable Richard Garcia, Judge Presiding

# O R D E R

The appellant's Motion for Extension of Time is hereby GRANTED and we deem appellant's brief timely filed. It is ORDERED that appellee's brief is due **on or before August 9, 2021.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court